**Michael S. HARE, Appellant,**

v.

**LINE CREEK ASSOCIATES, INC., Richard A. Erickson, Defendants,**

**K.G.D., Inc., Respondent.**

No. WD 52114.

Missouri Court of Appeals, Western District.

Jan. 28, 1997.

Rehearing Denied March 4, 1997.

1. Unless otherwise noted, all statutory references     are to RSMo 1994.

**302**

Douglas J. Patterson, Leawood, KS, for appellant.

Darren S. Black, Phillip A. Miller, Armstrong, Teasdale, Schlafly & Davis, Kansas City, for respondent.

Before ULRICH, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM:

Michael Hare appeals from the summary judgment entered by the trial court in favor of KGD, Inc. The trial court found that Mr. Hare's claims against KGD in this breach of contract case were barred by the doctrine of collateral estoppel based on a prior suit brought by Mr. Hare. No precedential purpose exists in publishing a written opinion. The judgment of the trial court is affirmed. Rule 84.16(b).